

# TENNESSEE DEPARTMENT OF CORRECTION
## HEALTH CLASSIFICATION SUMMARY

Name: **Norris, Joseph**  TDOC ID#: **318615**  Date of Birth: **12/28/1980**

Specific Restrictions (Codes): **J**
(Circle all applicable codes)

Specific Accommodations (Codes): **D, M**
(Circle all applicable codes)

| Code | Restrictions |
|---|---|
| A | Complete bed rest or limited activity (C) |
| B | Sedentary work only-lifting 10 lbs. maximum, occasional walking or standing (C) |
| C | No heavy lifting-20lbs. maximum, able to frequently lift or carry objects up to 10 lbs. (B) |
| D | Light work only-lifting 50 lbs. maximum, able to frequently lift or carry objects weighing up to 20 lbs. (B) |
| E | Medium work only-lifting 100 lbs. maximum, able to frequently lift or carry objects weighing up to 50 lbs. (B) |
| F | Limited strenuous activity for extended periods of time:>1hr (B); 1hr (C); <1hr (C) Note: |
| G | Continuous standing or walking for extended periods of time:>1hr (B); 1hr (C); <1hr (C) Note: |
| H | Repetitive stooping or bending (B) |
| I | Acute need to be housed on first floor/bottom bunk (B) |
| J | Climbing and balancing (uneven ground) (B) |
| K | Exposure to loud noises or work detail with prolonged exposure (B) |
| L | Avoid areas or work details with exposure to skin irritants (B) |
| M | Participation in weight lifting or strenuous athletics (B) |
| N | Activity involving potentially dangerous machinery or equipment |
| O | Operation of motor vehicles (B) |
| P | Activity involving food preparation/handling (B) |
| Q | Prolonged exposure to sun or high temperatures (B) |
| R | Outside work detail during Spring or Summer (B) |
| S | Exposure to chemicals producing fumes or equipment producing dust (B) |

| Code | Accommodations |
|---|---|
| A | Prosthetic Limbs |
| B | Altered Accommodation (furniture, cell, etc.) |
| C | Air way assists (Oxygen, CPAP, BiPAP, etc.) |
| D | Sleeping Accommodation (pillow, blanket, mattress, etc.) |
| E | Ostomy Supplies |
| F | Catheter Supplies |
| G | Assist Devices (cane, crutches, walker, braces, wheel chair) |
| H | Inmate helper |
| I | Minimal Assistance for transporting in a van or bus |
| J | Wheel chair, bus or van required for transport |
| K | Non-emergency ambulance required for transport |
| L | Housed on first floor |
| M | Bottom bunk in housing assignment |
| N | Special footwear required |

Notes: Please provid extra blanket
Top Bunks Top
Floor Fall 3-25-24
A-B-205 carmear B-ouis
Everything that I'm given

Medical Practitioner Signature: *Mark Wood, M.D.*  Mark Wood MD

Date: 7/26/2023

**REVIEWED**

Medical Practitioner Signature _____  Date _____

CR-1886 (Rev. 01-19)  Page 2 of 2  Original: Inmate's Health Record  RDA 1458


| DATE | TIME | |
|---|---|---|
| 2.6.20 | 2040 | Still Given me onions -n- pickle trays to so you can see what's going on) S Responded to Medical Emergency stating I/M felt cold and shaky as if he was going to have a seizure. O- On arrival BP 150/100 ♥ 98 O2 98%. Blood Glucose 91. I/M appears to have very mild tremors. He stated he has not had his dinner tonight and must take his seizure pills with food. The dinner that was served contained onions, which the I/M is allergic to. I/M was given a tray, monitored for further signs of seizures and he returned to cell. Instructed to eat, take meds and call for further assistance if needed. A- alteration in Health Maintenance P- Will continue to monitor until s/sx resolve or become better. — Amanda Hodge R— |
| 2.6.20 | 2100 | I/M feels better and will call for any worsening signs. — Amanda Hodge RN — |
| 2/13/20 | 1055 | S I/M filed grievance over not getting meds for sickle cell. Dr Henson states I/M told her methadone was making bone/joint pain worse and it was D/C'ed at his request. Will put on Tylenol & Robaxin. (signature) L-Vick |



TENNESSEE DEPARTMENT OF CORRECTION

PROBLEM ORIENTED – PROGRESS RECORD

Trousdale Turner Correctional Center
INSTITUTION

INMATE NAME: Norris, Joseph      TDOC NUMBER: 318615

| DATE | TIME | |
|---|---|---|
| 12-13-19 | 0715 | (S) Inmate reports for scheduled labwork. |
| | | (O) Labs obtained: CBC ✓   A1C ✓ |
| | | CMP ✓   FLP ✓ |
| | | TSH ___   U/A ✓ |
| | | HIV ___   FOBTx3 ___ |
| | | Hep Panel ___ |
| | | PT/INR ___ |
| | | HCV Genotype ___ |
| | | HCV Viral Load ___ |
| | | Fibrosure ___ |
| | | Ns5a (RAS) ___ |
| | | OTHER: depakote, reticulite count, sed rate, ana |
| | | Using 21g vacutainer from (L) ac  x 1 attempts. |
| | | (A) No abnormal assessment noted. |
| | | (P) Returned to housing unit.  — Kyle Dyer, LPN |

Do Not Write on Back

CR-1884 (Rev. 03-2017)   Printed or Duplicate as Needed   RDA-1100



TENNESSEE DEPARTMENT OF CORRECTION

**PROBLEM ORIENTED – PROGRESS RECORD**

TTCC
INSTITUTION

INMATE NAME: Norris Joseph          TDOC NUMBER: 318615

| DATE | TIME | |
|------|------|---|
| 2/14/20 | 1428 | Norris was s/c in medical for an allergic reaction to onions. Administered Benadryl 25 mg PO. No respiratory distress. And Did it 6am look at the date's + in scared of my life Jenny Gwin RN |
| | | Here ive did 3 1/2 time's check file Not granente 4 x Look at me as your child. Let my mom rest and get me away from here for I end up were she at. Please may God Bless you) |

*Do Not Write on Back*

CR-1884 (Rev. 03-2017)         Printed or Duplicate as Needed         RDA 1100



TENNESSEE DEPARTMENT OF CORRECTION
PROBLEM ORIENTED - PROGRESS RECORD
Trousdale Turner Correctional Facility

INMATE NAME: Martis, Joseph   TDOC NUMBER: 318615

| DATE | TIME | |
|---|---|---|
| TTCC 6/26/2020 13?? | S: | I/M seen for S.C. c̄ N.P. for c/o not getting any relief from sickle cell anemia. |
| | O: | PE: T 98.6  P 80  R 20  BP 138/85  SaO2 99
General: Appears well groomed & nourished
Skin: Warm & dry to touch
HEENT: PERL, normocephalic ō head trauma or injury
Neck: Supple  Ō Bruit
(Resp)/Thorax: (CTA) CWI=BCE  Rales  Rhonchi  Wheezes  Diminished
(Abdomen) Soft (ND) (ABD) HyperABS  HypoABS  Tender  Suprapubic  RCVA  LCVA  RUQ  LUQ  RLQ  LLQ  Guarding  Rebound  Bruit  Masses  Hern.
(GU) (Ext Genitalia) WNL  Rashes  Lesions  Malodor  D/C
(Extremities) (MAEW FROM MSSW 5/5)
(Neuro) (A/OX3) (Memory intact) Speech clear  Gait steady |
| | A: | Dx. of Sickle Cell Anemia. |
| | P: | Refer to MD to evaluate for pain med. |

Truleiner Walter FNP-c

Do Not Write on Back

CR-1884 (Rev 03-2017)   Printed or Duplicate as Needed   RDA