Appt scheduled with Dr Poe to Review your status.

Still Refuse too see me

PapeR Trail / your copy 2# / Norris copy 2# / My Family -N-Lawyer copy 3#

**TENNESSEE DEPARTMENT OF CORRECTION**
**SICK CALL REQUEST**
(SOLICITUD POR SERVICIOS DE SALUD)

Have a Nice Day

FOR MEDICAL HEALTH USE ONLY
DATE RECEIVED: 3/18
TIME RECEIVED: 0500

T, T, C C
INSTITUTION (INSTITUCIÓN)

Per Dr Poe Please schedule

Print Name (Escriba su nombre): Joseph Norris  Date of request (fecha de solicitud): 3-16-24
TDOC# 318615  (fecha de nacimiento): 12-28-80  (Unidad de Vivienda) A-B-203
                  Date of Birth                                          Housing Location

Nature of problem or request (Naturaleza del problema): Body hurts from sick of cell have been for 2 mon. To Dr Poe wrote it down, you all still just of me going through pain -N- suffer know what's going on with me. This my 8th grievent been broke please help B-4 It's 2 late

Request to see (Pedido que vea): Medical (Medico) ☒  Dental ☐  Mental Health ☐

JSL 318615 - 3-16-24
Signature (firma)

**RECEIVED**
APR 04 2024
US District Court
Middle District of TN

PLACE THIS SCRIP IN THE MEDICAL REQUEST BOX.  DO NOT WRITE BELOW THIS LINE.
PON ESTA SOLICITUD PARA SER TRATADO POR EL PERSONAL DE SALUD POR LAS CONDICIONES DESCRITAS EN LA CAJA MEDICA
(NO ESCRIBA DEBAJO DE ESTA LINEA).

Triaged by: _____  Referred to: (Circle one):  Nurse  Mid-level

CR-3793 (REV) 02/2017  Per Dr Poe Please Schedule appointment  RDA 1167  after 2 wks

J Norris
AB 203

To The provider or Head DR only please

all you are on Dr Poe schedule to be seen 3/7

**TENNESSEE DEPARTMENT OF CORRECTION**
**SICK CALL REQUEST**
(SOLICITUD POR SERVICIOS DE SALUD)

For Medical / Mental Health Use Only
Date Received: 3/1
Time Received: 0900

INSTITUTION (INSTITUCION): T.T.C.C.

Print Name (Escriba su nombre): Joseph Norris
Date of request (fecha de solicitud): 2-26-24
ID#: 318615
(fecha de nacimiento) Date of Birth: 12-28-80
(Unidad de Vivienda) Housing Loc: AB-203

Nature of problem or request (Naturaleza del problema): CO allowen me meds opp should have it Red Flage 2x s. Because of that my oxfor hurt. Take me off com meds 4 my sick of the cell and gave me none. I'm in pain and suffer behind I should call my Head Hurts DR's p.r. my meds which ships not but are cephae stop I'm in fear do to medcall and they tell the people of my med. Help law. Pls Help with the pain please

I request to see (Le pido que ve): Medical ☒  Dental ☐  Mental Health ☐

Signature (firma): 318615 AB-203 2-8 24

PLACE THIS SLIP IN THE MEDICAL REQUEST BOX. DO NOT WRITE BELOW THIS LINE.
PON ESTA SOLICITUD PARA SER TRATADO POR EL PERSONAL DE SALUD POR LAS CONDICIONES DESCRITAS EN LA MEI
(NO ESCRIBA DEBAJO DE ESTA LINEA).

Triaged by: [signature]  Referred to: (Circle one): **Nurse**  Mid-level  Physician  MH
Specialty Clinic:

CR-3793                                                                                          RDA 1167

Paper Trail / & copy 2# / 1# mc / 3# Family Layer

No key's to open the door's to get me out, so I do what tell to you the pod said they was was righter about this. Before you all kill him. Everything on They said foe but me on a Liqure diet. I cant take me on that. And they Refuse to send it of they fra make Eat a fray with Onio's and all type of stuf Till show my paper work, said you want put me on your law suite be offier stay in the pod cause of me keep sayen to me medical is going too kill you if you dont get your familes and tell to show every one sen them to the Rachel Bold. Here. And the people from pur To CO's who want 2c-2 courts on my behalf. And tell

~~3#~~ 3#

Poe Because they all fixen 2 quit it of way Because how the treat people aint right. Known I surpost to be at the hosepatel. And they knew and what send me. They tells the If some Nurses Then J NORRIS call the Dacher B,O and med about was going on with me. I gave them my family info and Lawyer 3-13-24.

AB 203            1:24 A.m.

The charge Nurse said poe said donf do nothing 4 him hell be alRight see him 2 morrow - After Lt. IA, Tech The pod said he fell out Teck hadd run to get Lady Help hade to Leave she never said How fools be /

DR. COOK ATT M.D.

Dates and Time of all sicks

TENNESSEE DEPARTMENT OF CORRECTION
SICK CALL REQUEST
(SOLICITUD POR SERVICIOS DE SALUD)

INSTITUTION (INSTITUCION): T.T.C.C.

| For Medical / Mental Health Use Only |
|---|
| Date Received: 3/4 |
| Time Received: 0800 |

2-28-24 - m-pillcall just say you can
3-1-24 - m-pillcall see m notplayer

Print Name (Escriba su nombre): Joseph Norris
Date of request (fecha de solicitud): 3-4-24 Have more
ID#: 318615
(fecha de nacimiento): 12-28-80
Date of Birth
(Unidad de Vivienda): AB AB 203
Housing Location

Nature of problem or request (Naturaleza del problema): CPS Cook why am i not back on my led pain meds but havent to get out in the floor in pain and suffering. No one brew sick call when i ant on the face go all, so when we go to sick call no one can see they that but a couple Nurse. The rest i am sick or the fuse so ya i cant explain even this

I request to see (Le pido que vea): Medical (Medico) ☒  Dental ☐  Mental Health ☐

why way  4 File  C 2 318615 AB 203
Signature (firma): reference level I
U.S. District court middle district of Tennessee - 3:20-cv-00182

PLACE THIS SLIP IN THE MEDICAL REQUEST BOX.   DO NOT WRITE BELOW THIS LINE.
PON ESTA SOLICITUD PARA SER TRATADO POR EL PERSONAL DE SALUD POR LAS CONDICIONES DESCRITAS EN LA CAJA MEDICA
(NO ESCRIBA DEBAJO DE ESTA LINEA).   want late this one He was file Nurse and staff behide this

Triaged by: _____   Referred to: (Circle one): (Nurse)  Mid-level  Physician  MH  Denta
Specialty Clinic: _____
Same thing you all are doing look up, see you all in court,
Paper Trail / your copy 2# / Norris 1# / my family Layer 3#

RDA 1167



# TENNESSEE DEPARTMENT OF CORRECTION
## SICK CALL REQUEST
(SOLICITUD POR SERVICIOS DE SALUD)

**For Medical / Mental Health Use Only**
Date Received: 3-1-4
Time Received: 0800

Institution (Institución): TCC

Print Name (Escriba su nombre): Joseph Norris   Date of request (fecha de solicitud): 3-1-29
ID#: 318615   (fecha de nacimiento): 12-28-80   (Unidad de Vivienda): HS-203
Date of Birth   Housing Local

Nature of problem or request (Naturaleza del problema): I'm in Constance Pain 2 well. I Cant eat or sleep stay ball up from ans bsr pain.

I request to see (Le pido que vea):  Medical (Medico) ☑   Dental ☐   Mental Health ☐

Signature (firma): _____

PLACE THIS SLIP IN THE MEDICAL REQUEST BOX.   *DO NOT WRITE BELOW THIS LINE.*
PON ESTA SOLICITUD PARA SER TRATADO POR EL PERSONAL DE SALUD POR LAS CONDICIONES DESCRITAS EN LA CAJA MEDIC
*(NO ESCRIBA DEBAJO DE ESTA LINEA).*

Triaged by: _____   Referred to: (Circle one):   **Nurse**   Mid-level   Physician   MH
Specialty Clinic: _____   Other

CR-3793   RDA 1167

Laveck MD - no longer
works here for over
a year

You are on the schedule
for 3/11/24 to see  Never came 2 œem
Dr Poe - medical director.

Curle to a human life with fear's cover down here face on camera. I've for SIC Enquiry forms, Grievance, wants, 4 #

2:10 A.M. Cook was call by Capt. Night Shift 5# Lt. said i fuse my meal cause on book Something. Nurse woulden come or answer No Body Back. 3-13-24 Nurse came at 3:45 A.M. They denied medical at 3:46 A.M. By the white Dude at m-pill call 3:46 A.M.
3-13-24

Pukitt sent me a tray at 4:20 A.M. Cath I at the oatmeal all I could eat Thank God everything

u know 40'10 camera meets me of I V L SIC everything

Yes my name is Joseph K. Norris 318615, I've died do 2 medcail, you can call Summer Hostpaitl and Ask them and Looks at my medcail recorders here. Do to wrong meds given 2 me. They've given me the wrong med's agin the same med.s that's Red Flag that Kill me agin and gave me somebody esle's med.s 2x's on top of that. The Dr. give me pshy. med.s That's hurten my head even worser. And she's not a phsy. Dr. How can she do that. I've had a sick of cell attack and Almost died agin on file they had to send me out 2x's that same night. I've had gaurds kick and spite on window. It's dockerment while i was haven a seuzger. Then told medcail i was faken when they Know i have them. Didnt come. I fellout 4x's in one day do to the spods on my brain. staff call med. emegy's No one came. They dockment it. my osear is acting up do to the med.s They give me. I'm throw up cant sleep. I'm in fear do 2 medcail, Staff, Immates. They broken all my 8th Amendment clawis-n-Hep. They tell staff, Immate about my medcail here. I've Lost the Left eye do to my medcail and Lack of medcail and my right is doing the same. I have. Sick of cell Anmea, suzger, Glock coma, spot's on my brain, osera which i died from once here if not help will be a 2nd, pshy problem's, High Blood pressures. I'm in constane pain with no pein med's I'm just have to suffer in the hole is were they got me cause of this. I wrote a grievance on this the rightway No respound Aw got it out door personaly it's on camera. They cover up every thang here. So they'er also try en to with this. I'm throw up on a requler if somebody dont i'm die here. They dont come to get me for my sick. call's or appment's. Keep tryen to put me in places were it's not safe which is nd were here. If i get hit in my head im a dead men and they know this. That's why. I need to be some place were they can treat me for my Health problem's. I'm 43 years old. I got a 140 years. They say you all got some of my check's cause they To high you all have to approve them is that Tru? Pleses please Help Life in you all hand plus, I'm start a paper Trail your copy 2#/1#me /2# Family Layuer sent 2-27-24-Wed I made copy's in case un dont get there. W.B.A.S.A.P.

00318615   NORRIS, JOSEPH K.                                                            Page 1 of 1

**TTCC Commissary Pick List**                                              **Unit AB2**

Transaction number 8766572                                                 Current Cell/Bed
Processed 2/28/2024  10:51 AM                                                    03 B

|  |  | Pick Qty | Item price | x | Purchase Qty | = | Total price | Refunded |
|---|---|---|---|---|---|---|---|---|
| **Hygeine** | | | | | | | | |
| 36710 | DIAL ANTIPERSPIRANT ROLL ON | 1 | $2.51 | x | 1 | = | $2.51 | |
| 37070 | NEXT1 ANTIBACTERIAL SOAP | 1 | $0.85 | x | 1 | = | $0.85 | |
| **Breakfast** | | | | | | | | |
| 33040 | CINNAMON ROLL, ICED SWIRL | 1 | $1.07 | x | 1 | = | **$1.07** | |
| **Chips** | | | | | | | | |
| 32510 | POTATO CHIPS, SHABANG 6 OZ | 2 | $1.73 | x | 2 | = | $3.46 | |
| | | 5 Items | | | Grand Total: | | $7.89 | |

The following items were not included in your commissary order:

| 32510 | POTATO CHIPS, SHABANG 6 OZ | 1 | Restricted Item |
| 33040 | CINNAMON ROLL, ICED SWIRL | 6 | Restricted Item |

AB2o03

**TTCC Commissary Pick List**    **Unit AB2**

Transaction number 8748745                                                  Current Cell/Bed
Processed 2/19/2024 10:06 AM                                                       03 B

| | | Pick Qty | Item price | x | Purchase Qty | = | Total price | Refunded |
|---|---|---|---|---|---|---|---|---|
| **Breakfast** | | | | | | | | |
| 33040 | CINNAMON ROLL, ICED SWIRL | 1 | $1.07 | x | 1 | = | $1.07 | |
| **Chips** | | | | | | | | |
| 32510 | POTATO CHIPS, SHABANG 6 OZ | 0 items | | | | | | |

Grand Total:    $4.53

The following items were not included in your commissary order:

| | | | |
|---|---|---|---|
| 32510 | POTATO CHIPS, SHABANG 6 OZ | 4 | Restricted Item |
| 33040 | CINNAMON ROLL, ICED SWIRL | 13 | Restricted Item |

*[handwritten calculations]*

```
   12
  8845
  453
 18812
   875
  187 7
   346
  14 11
   107
  13 64
```

**AB 203**

00318615    NORRIS, JOSEPH K.                                                    Page 1 of 1

1/19/24 - At 5:05 p.m. Sgt Stevens - N- D H O cam right behind him
They try to put me in a place were my life will be in danger
in OHO - C-A- were I was at first and had to leave,

Med cai 2-19-24 - Eye doc would not come get
me needed wheel chair. Body hurten. Have the pass,
N the he wrong name to first well Last Name. Ask all day
Said some thing to Nurse brought night meds sgt
Smith wa there also.

Warden over medical and Health Hncimnon Here over medical & nurse
an — say they didn't to know All that's going on.

# TENNESSEE DEPARTMENT OF CORRECTION
## SICK CALL REQUEST
(SOLICITUD POR SERVICIOS DE SALUD)

**INSTITUTION (INSTITUCION):** T.T.C.C

**Print Name (Escriba su nombre):** Joseph Norris

**ID#:** 318615

**(fecha de nacimiento):** 12-28-80

**Date of request (fecha de solicitud):** 3-4-24

**(Unidad de Vivienda) Housing Location:** AB-203

**FOR MEDICAL / MENTAL HEALTH USE ONLY**
DATE RECEIVED:
TIME RECEIVED:

**Nature of problem or request (Naturaleza del problema):** yes i will like to see all medical records both of them or 3 and talk to the warden that over medical and the Health administer over medical Here. I have a right to Ask Mr Eyerre Leuech mo who use to work Here and some Nurses and staff I Have Fire for this. we really you all are doing.

**I request to see (Le pido que vea):** Medical ☒  Dental ☐  Mental Health ☐

U.S. District court middle district of Tennessee 3:20-cv-[scribble] Norris vs core civic. Have a good day.

**Signature (firma):** 318615 AB-203

PLACE THIS SLIP IN THE MEDICAL REQUEST BOX. DO NOT WRITE BELOW THIS LINE.
PON ESTA SOLICITUD PARA SER TRATADO POR EL PERSONAL DE SALUD POR LAS CONDICIONES DESCRITAS EN LA CAJA MEDICA
(NO ESCRIBA DEBAJO DE ESTA LINEA). 00182 I won't lose this one

**Triaged by:** _____  **Referred to: (Circle one):** Nurse  Mid-level  Physician  MH  Den
**Specialty Clinic:** _____  Other _____

CR-3793                                                                 RDA 1167

Paper Trail / your copy 2# / Norris 1# / my family copy 4# / Lawyer copy 3#

---

DR. COOK MD
dates and ti — time of all sicks
2-28-24 - m pillcall just so you can see im not playen
3-1-24 - m pillcall

# TENNESSEE DEPARTMENT OF CORRECTION
## SICK CALL REQUEST
(SOLICITUD POR SERVICIOS DE SALUD)

**INSTITUTION (INSTITUCION):** T.T.C.C

**Print Name (Escriba su nombre):** Joseph Norris

**ID#:** 318615

**(fecha de nacimiento):** 12-28-80

**Date of request (fecha de solicitud):** 3-4-24 Have

**(Unidad de Vivienda) Housing Location:** AB-203

**FOR MEDICAL / MENTAL HEALTH USE ONLY**
DATE RECEIVED:
TIME RECEIVED:

**Nature of problem or request (Naturaleza del problema):** Yes cook why am i not back on my red pain meds but havent to get over in the Hole in pain and suffering. No one been to sick call when i antond/arequa all, so when we go to court Door can see they Help but a couple Nurse. The rest i am Licole like social. can do plan on ething

**I request to see (Le pido que vea):** Medical ☒  Dental ☐  Mental Health ☐

with way   file   318615 AB-203

U.S. District court middle District of Tennessee - 3:20-cv-00182 mr terrance Leveck I

PLACE THIS SLIP IN THE MEDICAL REQUEST BOX. DO NOT WRITE BELOW THIS LINE.
PON ESTA SOLICITUD PARA SER TRATADO POR EL PERSONAL DE SALUD POR LAS CONDICIONES DESCRITAS EN LA CAJA MEDICA
(NO ESCRIBA DEBAJO DE ESTA LINEA). wont lose this one He was file Nurse and staff behind this

**Triaged by:** _____  **Referred to: (Circle one):** Nurse  Mid-level  Physician  MH  Denta
**Specialty Clinic:** _____  Other _____

Same thing you all are doing. Look up, see you all in court.
CR-3793                                                                 RDA 1167

Paper Trail / your copy 2# / Norris 1# / my family copy 3#

# NOTIFICATION OF DIAGNOSTIC TEST RESULTS
# NOTIFICACIÓN DE RESULTADOS DE PRUEBAS DE DIAGNÓSTICO

| FACILITY NAME (NOMBRE DE LA INSTITUCIÓN) | INMATE NUMBER (NÚMERO DE RECLUSO) | |
|---|---|---|
| TCCL | 318615 | |
| INMATE NAME (NOMBRE DEL RECLUSO) | HOUSING (UNIDAD) | DOB (FECHA DE NACIMIENTO) |
| Joseph Norris | | 2/28/80 |
| TYPE OF DIAGNOSTIC TEST (TIPO DE PRUEBA DE DIAGNÓSTICO) | DATE OF TEST (FECHA DE LA PRUEBA) | |
| H. Pylori | 2/29/24 | |

YOUR TEST RESULTS HAVE BEEN EVALUATED BY A LICENSED INDEPENDENT PRACTITIONER (LIP) (i.e. PHYSICIAN, PHYSICIAN ASSISTANT, ADVANCED REGISTERED NURSE PRACTITIONER, PSYCHIATRIST, OR DENTIST) AND THE FOLLOWING HAS BEEN DETERMINED:

Your breath test came back showing that you have an infection in the lining of your stomach. You will have to take Antibiotics for two weeks. If you miss doses the infection can get stronger + you may not get cured. If you take the medicine as prescribed you will be cured. Take 2 Antibiotics (Amoxicillin and Clarithromycin). Please Pick up at KOP window.

Dr. Poe
MEDICAL STAFF SIGNATURE (FIRMA DEL PERSONAL MÉDICO)

3/11/24
DATE (FECHA)

11/13/12



AB/203

# TENNESSEE DEPARTMENT OF CORRECTION
## RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

Grievance

MAR 25 2024
Received

DATE: 3-15-24

Please respond to the attached grievance, indicating any action taken.
Date Due: 3-22-24

**7310/364776** Grievance Number    **Joseph Norris** Inmate Name    **318615** Inmate Number

This inmate has been seen routinely in our Medical Unit. His concerns have been addressed each time. On 11/1/23 he was seen and given a liter of IV fluids. On 1/29/24, inmate was sent to NGH, upon his return on 1/30/24 was admitted to the infirmary for observation. He was ordered pain meds for 14 days. On 1/31/24 was was given a Toradol injection @1130 & 2250. On 2/29/24 was tested for stomach infection (H. Pylori) and it was positive. Antibiotics were ordered. On 2/8/24 was seen by NP Roberson, Meds reordered (routine). On 2/15/24 was seen by Dr Poe. Labs, IV Fluids, nausea Meds, pain med shot given, stomach meds, oral pain meds ordered. On 3/11/24 seen again c Dr Poe. IV Fluids given, antibiotics ordered, diet change & cat scans ordered. This inmate has been seen and treated several times over last couple of months. He has pain meds ordered but not narcotics. But when he comes to medical he has been given stronger pain meds @ that visit. He was sent to the hospital when the provider believed it was necessary, treated & returned. This inmate can be seen during sick call daily and triaged by our sick call nurse.

---

See what I wrote No respound to it and they lien they haven't been doing nothing at all read it and see. See what Im going to res here.

Anita McCloud RN CHS
SIGNATURE

3/21/24
DATE

White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner
CR-3148 (Rev. 3-00)


# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE



NAME: Joseph Norris    NUMBER: 318615    INSTITUTION & UNIT: T.T.C.C. AB 203

DESCRIPTION OF PROBLEM: Yes I've been given the same meds that help kill me. Agin by medical. They can Not help me here. I need real help my life is in danger here do to medcail

REQUESTED SOLUTION: Send some  were to were i can get real help. And put back on real pain med's send to Health Admonstrors cause it's medcail it's were it's supost too go. Please thank you.

Signature of Grievant: [signed] 318615    Date: 2-25-24

============================================================

**TO BE COMPLETED BY GRIEVANCE CLERK**
Received Grievance

Grievance Number: 7310-36477C

Date Received: MAR 15 2024

Signature Of Grievance Clerk: C. Chut

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____    New Due Date: _____    Signature of Grievant: _____

============================================================

## INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

Chairperson's Response and Reason(s): _____

DATE: _____    CHAIRPERSON: _____

Do you wish to appeal this response?  X  YES   ___ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT: [signed] 318615    DATE: 3-7-24    WITNESS: _____

Distribution Upon Final Resolution:
White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE    (continuation sheet)

DESCRIPTION OF PROBLEM: My Health is bad here. They dont care what they give you if it hurt or kill you again. I've died once do to medcail and all most agin Last well acoupe weeks ago. If this what happen would of happen at a hostpial some jobs would of been tuke and Law suite 8th Amend claus. They cant and dont know how too treat my Health problems Here. I keep telling them I doN't feel safe here do too medcail and staff. There family and frends. So they take up for each other. Tell other inmate's about my medcail stuff. That's call Hep Law another Law suite. If someone is faken they pull and help them. But when someone with life theaten Health problems/y'all let die and suffer. Its on file. So you cant deny it. which im going to show the courts. paper 7afrl your copy 2# - 1# mine, & 3# family Laywer.

318615  2-25-24
Time I cant see, I have Lost my Left eye do to my Health problems, And Lack of medcail Help Here, my celly said it's 4:10 p.m.

Distribution Upon Final Resolution:
White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00)
Case 3:24-cv-00391   Document 1-2   Filed 04/04/24   Page 18 of 20 PageID #: 2244

00318615   NORRIS, JOSEPH K.

TTCC Commis.

Transaction number 8783767
Processed 3/11/2024  11:03 AM

| | Pick Qty | Item price | x | Purchase Qty | = | Total price | Refunded |
|---|---|---|---|---|---|---|---|
| **Breakfast** | | | | | | | |
| 33040  CINNAMON ROLL, ICED SWIRL | 1 | $1.07 | x | 1 | = | $1.07 | |
| **Chips** | | | | | | | |
| 32510  POTATO CHIPS, SHABANG 6 OZ | 1 | $1.73 | x | 1 | = | $1.73 | |
| | 2 Items | **Grand Total:** | | | | **$2.80** | |

The following items were not included in your commissary order:

32510    POTATO CHIPS, SHABANG 6 OZ          1       Insufficient funds

AB203

00318615   NORRIS, JOSEPH K.                                           Page 1 of 1

Yes I don't know what type of Games you all are playen. But I
turn in my Grievance 3-8-24. At that Night - too go too the Next Stage
I have a copy of that Grievance and the other 2 grievance ive turn in
out that, so who ever tellen you to do this. Is the reason im adden you
and the Hole grievance commity too be surpendra to court. I'm suren you
Indiveavly Also And Haven Jodis Hulse and have people grivce test,
I keep copy and morse them cause, ive done a lawsuite here, And seen
all the tricks you will try to do so im ready 4 them Hope it was wroogh
your Jods and been soie. Have a Nice Life

Page 11
G

Page 8 of 11
G