IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Joseph Norris 318615
Plaintiff(s),

v.

Core civic / medical Dr MD. Loring
Defendant(s).

Case Number _____

Judge _____

Magistrate Judge _____

**yes ¡Pleading of 8th Amendment cruel and unsual punishment**
(Type of Pleading)

yes i cant realy read or spell and have specail education. I dont under stand what im doing. But i know my Right's have been broken. I people helpen me but they dont do anythang's that's not right too my case. so im asken you to look deep with in your heart and see i realy need a court appt. Lawer look at all my other cases. How i keep been phrase i deare's this Zio die of 1/2 x hour for my left eye. @xt. No medcail help till somebody deside take. Put Dr. cooks on me to see help. when i ask to re see dont know help know. @ause they heard me @ $ my Liz Brother Brotanly favetor to get me a face lawer or go on facebook shut down T.T.CC get on and post what's going on. They cant treat me here, but have goin through pain and Suffer. And you see the proff right there. so please find it in youre heart to get me a court appointin lawyer lawer. my mother die 12-28-23 my Birhtdy is →

12-28-80 on my Birthday and have no one to count on Nomore. She would of help me with this. may God Bless Her soul. So it's hard with No Real Help been back up. I got 130 years too go. so I can use this money to get me out cause my hole case was wrongfully down. your honor so please ive done heard and read you all do appoint lawer to people. Look at all my other case, I don't think I'm doing this right, But I'm tryen cause rights and law was broken and somebody die 4 1/2 x Lost Left out do to neglate to treat me now I need surger along with other major medcail problem's now so please Help me idesule this one 3rd x a charm i've die 4 1/2 x 2 get here please help I have one Li'l princes to get home to please help me be a father to my child and help her with money, bill's, food, clothes, with with the law suit money please Lord deep inside your heart and see. please I'm weak in my Right eye allso do to my oboch coma.

_____
(Signature)

_____
(Print Name)

_____

_____

_____
(Address & Telephone Number, if any)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) CoreCivic/medcall Poe me Loring
has been served on:

(Name) CoreCivic the warden over medcall
(Address) 140 macon way
(Address) Heartsville T.N. 37 37074

(Name) meadcall / Poe m.D. Loring
(Address) 140 macon wee/
(Address) Heartsville T.N. 37074

(Name) ___
(Address) ___
(Address) ___

(Name) ___
(Address) ___
(Address) ___

(Name) ___
(Address) ___
(Address) ___

(Name) ___
(Address) ___
(Address) ___

(Name) ___
(Address) ___
(Address) ___

(Name) ___
(Address) ___
(Address) ___

on the ____ day of _____, 20___.

_____
Signature

Envelope 1:

Joseph Kantrell Norris 318615
140 Macon Way
Hartsville, T.N. 37074
Pod-A-B-203

SHIPPED MAR 28 2024
RECEIVED APR 04 2024
U.S. District Court
Middle District of TN

2 Envoples
Sent - From The Hole Top Floor
3-26-24    Top bunck
Not open or Tap
And Any way   Norris 318615

Clerk's U.S. Distric court
Middle Distric of T.N.
719 Church St. Suite 130
Nashville, T.N. 37203

THE DEPARTMENT OF C...
TTCC HAS NEITHER INSPE...
NOR CENSORED...
RESPONSIBLE FOR THE...

US POSTAGE - PITNEY BOWES
ZIP 37074  $ 001.12⁰
0000363323 MAR 28 2024

---

Envelope 2:

Joseph Kantrell Norris 318615
140 Macon Way
Hartsville, T.N. 37074
Pod-A-B-203

2 Envoples
Sent 3-26-24
Not open or Tap and
any way from the hole
Norris 318615   A-B-203
Top Floor
Top bunck

SHIPPED MAR 28 2024
RECEIVED APR 04 2024
U.S. District Court
Middle District of TN

Clerk's U.S. Distric court
Middle Distric of T.N.
719 Church St. Suite 130
Nashville, T.N. 37203

THE DEPARTMENT OF...
TTCC HAS NEITHER INSPE...
NOR CENSORED...
RESPONSIBLE FOR THE CONTENTS

US POSTAGE - PITNEY BOWES
ZIP 37074  $ 001.12⁰
0000363323 MAR 28 2024