There though away my mail and read it. T~~hrow~~ Page 1#
There through away my mail case they say I have no
money on my books to mail stuff. weren't given you your
mail back. we're thrown it away. I've wrote 5 letter's
since we've lost All 5. This makes 5th
Letter. Are you getten any of my letters? I went
to outside med. They sent me. Then I had to go to
E.R. From my doc, case of stomach, sugar Low
Blood Pressure high, U.A. high
To The Judge, Docket

3:24-cv-00391 ch

RECEIVED
MAY 13 2024
U.S. District Court
Middle District of TN

6 Letter's All Together couts should Should have of me? If not they Keep them. Times, Date's Names, camera will show Who grab them out my door At A-Builden-AB-203. Camera will show the Mail Room. What happen after that Cause the camera can zoom in on the smallest Thang's. So we will findout who? Isn't that A Fedral Law been broken, I cant do why can they Here At T.T.CC/Ext.?

Page 2#



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

**NAME:** Joseph Norris Top Floor   **NUMBER:** 318615   **INSTITUTION & UNIT:** T.T.C.C. Top Bunk

**DESCRIPTION OF PROBLEM:** 4-20-24 - 5:10pm I didn't get too eat agin. SG Turn to A-B brought my tray Inmate Tony. Nurse Jackson said Eat that tray. I'm Nurse you suppose to have the same tray. And to denied all in my sick slips since 4-18-24. Tues. 6th told the psych. sunday check for 4-21-24 mon 6:10am I was feel same

**REQUESTED SOLUTION:** Eat 3 meals a day not the same food uncook, sent to southcentral, SP Need's so i can get real medical treatment before i die agin for the 5 1/2 time here at T.T.C.C./ext or lose my vision in all lost my left do to kn medcai'l trement here Right started do the same still no sleep 
earner will show to who got this out of my cell Roof A B 203

Joseph Norris 38615 - Top Floo - Top Bunk    4-22-24 And Time and date ?
**Signature of Grievant**                    **Date**

==================================================

### TO BE COMPLETED BY GRIEVANCE CLERK

_____   _____   _____
Grievance Number    Date Received    Signature Of Grievance Clerk

**INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE:** _____

**AUTHORIZED EXTENSION:** _____   _____
                          New Due Date      Signature of Grievant

==================================================

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

**DATE:** _____   **CHAIRPERSON:** _____

Do you wish to appeal this response?   _____ YES   _____ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____   _____   _____
GRIEVANT            DATE              WITNESS

Distribution Upon Final Resolution:
  White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)                Page 1 of 2                 RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE   (continuation sheet)

**DESCRIPTION OF PROBLEM:** This time again one cook pokes again show it to the camera. C.O. wide another Inmate's brought me the tray. I still haven't ate in most 24 hour's. But the compound get different food. Everyday. But I don't why? This make's the 7th grievance about one of the Issues here we address to you in a right manner still no help why? For the record is. It's only getting worse anytime I reach out and cry for help with the right way of doing this by grievances. But still no help from T.T.C.C./ext. Look at the paper trail I've started to show you all and the court's. I'm a real human been not a Animal. If it was a animal they would of lock you all up for abuse and unusual punishment. I've been treated and I have showen with camera's, paper Trail, witnesses, Time's, Date's, Name's, Places. A-B-203 – A-B when the Hole on RCA came of the hepps I can't been broken by Nurse Jackson and some other Nurse's that put my life and health risks here at T.TCC/ext. So there no way around no one say I didn't know of anything that was going on with him. And medical can't say they help me and any way possible. Now I'm throw up blood from not been able to eat probably and wrongful medical treatment and been denaid medical treatment, my left eye I've lost vision in do to the lack of medical. I've pleaded with you all since 2019, if I don't get probable help I'm so blind with my 6-trk Genio which now I've lost left eye. Do to been not treated rightly and denaill of medical treatment. My right is doing the same as my left, it's so bright it went out. Still no help lot's of sick call's about this sickcell cannecci, sizcagie's, my head still killing me, my stomach, pschu, problem's not been able to eat, have my finger's bent back by Nurse Jackson on camera. Some person still have to give me med's. I'm trumatize to the upmost been here with my safty, life, Health Not cared and no help here 47 women's of coarse my life should show and place it's true what I'm sayen and been paper trailen, docketwritten, petta camera's. The staff that's here a T.T.C.C/ext. will testfiey in court on my behalf and some nurse's also, why medical and how medical not and have not helping. And what they say in medical about and the lie's their planning to say in court and how they everytry and how and when they cover up stuff to make it looks if they help me. C.O.'s also some thong got feed like this and not been feed a few time's. And showen and place it's. Just me not the compound. Dinner 5.16pm 4-22-24 I still haven't ate. They still oven me the same tray. From Breakfast, Lunch, Dinner. I showed it to the camera to C.O. campbell, ca.wide, Black Inmate Here at A-B-203 T.T.CC/ext, you can actualy see how bad my hand's is shaken Co.wide that I was going to have a sizcor. From not been able to eat and take my med.s. I told him im fighten it. Hate to take my sizcore meds on a empty stomach. Arm with accor. And A bacteria eaten my stomach linen, my 8th Amendment is been broken and some many way's Here at T.T.C.C/ext. retaliation, Nis crim inatorm. Is what's going on and i'm strewin everytime, dockwent's, grievances's, cryenout for help, 7 grievance don't this still nothing no help. And also alot of my health is bad now I need to fighten 2 time's with my celly Webb 555333 A-B A-B-203 He's close castodo im not, were never surposto be in the same cell. He said some thong Lt. morry, Ltcafee ext still no help. And Ben on Top Floor – Top Bunck's with sizogr. 8th Amendment broke there. Here at T.T.CC/ext. cameras. and my witness can show on tell and prove everything we. sayen is true, Here at T.T.CC/ext. I hope i make it to court. Before they kill me here staff, medical, Kitchen, T.T.CC/ex. 4-30-24 is 5 workenday's to respond back of co's to the next stage actualticaly why haven't you respound back to any of my other grievance. For me and the court's to know how and what you go to do about all my issues. And i'm still been treated unfairly on Justic like here at T.T.CC/ext.
Your copy 2# / No #1's copy 1# / District Judge Aleta A. Trauger Civic cout court copy 3#

Distribution Upon Final Resolution:

White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

# OnSite VISION PLANS

## EYE GLASS ORDER FORM

TDOC # 318615

1. Name: Norris Joseph    Date: 8/29/23
2. Facility Name: TTCC
   Address: 140 Macon Way
   Hartsville, TN 37074

3. 

| | SPHERE | CYL. | AXIS | DEC. | PRISM | BASE |
|---|---|---|---|---|---|---|
| DISTANCE R | pl | | | | | |
| DISTANCE L | pl | | | | | |

| | ADD | SEG. HEIGHT | SEG WIDTH | SEG. INSET | TOTAL INSET |
|---|---|---|---|---|---|
| NEAR R | +1.50 | 12mm | | | |
| NEAR L | +1.50 | 12mm | | | |

| PD | DIST | NEAR |
|---|---|---|
| | 64 | 61 |

4. FRAME INFORMATION

| STYLE | SIZE | COLOR |
|---|---|---|
| toast | 54-16-145 | Black |

5. LENS INFORMATION

(PLASTIC)   POLY   PGX   HI IND

HARDCOAT:   YES   NO

COLORS
ROSE ____%
GREEN ____%
GRAY ____%
BROWN ____%
SOLID GRADIENT

PGX
TRANSITIONS
U.V.

## FAX FORM INSTRUCTIONS

1. Enter Name & Date of Order
2. Enter Facility Name and Address where glasses are to be sent.
3. Copy RX Into
   a. Sphere, Cyl & Axis
   b. Include +/-
   c. Near Power If Bifocal (Add)
4. Enter Frame Info
   a. Style
   b. Size
   c. Color
5. Enter any Options
   Tint, Hardcoat,
   Upgrade Lens Material

Dr. Edward Berger
2 Middlesex Rd.
East Greenbush, NY 12061
Phone: 518-486-8989

**PLEASE FAX TO:**
**518-486-8988**

1. Please include Clinic Log Sheet with Eyeglass Order Form
2. Please Do NOT fax Medical Eye Records.
3. Please note EXAM ONLY if exam was done and no glasses are needed.

NOTES/COMMENTS:

| Frame Source | Type | Name | | | | | | EDGE |
|---|---|---|---|---|---|---|---|---|
| Tracing | 2 Metal | 6974 | | | | | | |
| | A | B | ED | Axis | Circ | DBL | Bin | Stock |
| R | 54.22 | 35.70 | 57.06 | 20.16 | 149.31 | 17.11 | | 0 |
| L | 54.04 | 35.96 | 56.82 | 159.84 | 149.21 | | | |

| Lens Item | | | | | |
|---|---|---|---|---|---|
| R | Plastic Transitions 1.501 Single Vision Regular LensChoice Gray HOYA 75S 400 | | | | |
| L | Plastic Transitions 1.501 Single Vision Regular LensChoice Gray HOYA 75S 400 | | | | |
| OPC | Bin | | Cutout | Front | Min S/F   Min Fin |
| R 2252040452 | | | 6.56 | 3.84 | 62.89   **** |
| L 2252040452 | | | 6.48 | 3.84 | 63.04   **** |

| Surfacing | Left | | Right | |
|---|---|---|---|---|
| Layout In/Up: | 0.00 | 0.00 | 0.00 | 0.00 |
| **Block:** | 58.00 X | 7.00 | 58.00 X | 7.00 |
| Cylinder Axis: | | 0.00 | | 0.00 |
| Prism Axis: | | 0.00 | | 0.00 |
| Prism Ring: | | 0.00 | | 0.00 |
| **Generator Base/Cross:** | 3.44 | 5.81 | 3.95 | 6.48 |
| Crib Diameter: | | 68.00 | | 68.00 |
| Actual/Setting Values: | 17.62 | 6.30 | 17.62 | 6.31 |

| | Sphere | Cylinder | Axis | Prism | Base | Far PD | Near PD | Add | LRP Ht | PRP |
|---|---|---|---|---|---|---|---|---|---|---|
| Right | -1.00 | -1.00 | 70 | 0.00 | 0.00 | 30.50 | 30.50 | 3.00 | 20.00 | 16.00 |
| Left | -0.50 | -1.00 | 95 | 0.00 | 0.00 | 30.50 | 30.50 | 3.00 | 20.00 | 16.00 |
| | PRP Thk | Thin Edge | Thin Axis | Thick Edge | Thick Axis | Dec | Inset | LRP Drop | PRP Drop | |
| Right | 2.40 | 2 27 | 246.63 | 4.58 | 161.66 | 5.16 | 0.00 | | 1.85 | |
| Left | 2.40 | 2 16 | 297.72 | 3.88 | 13.74 | 5.08 | 0.00 | | 1.98 | |
| | PRP Tol H | PRP Tol V | | | | FF-Sph | FF-Cyl | FF-Axis | FF Add | |
| Right | 1.77 | 2.98 | | | Right | -1.00 | -1.00 | 70 | 97 | |
| Left | 2.23 | 6.56 | | | Left | -0.50 | -1.00 | 95 | 297 | |

Plastic CR-39 Progressive 1 Everyday-B 1 SRCoated
Plastic CR-39 Progressive 1 Everyday-B 1 SRCoated



## Digital FreeForm Info

| | Compensated Digital Power | | | | | |
|---|---|---|---|---|---|---|
| | Left | | | Right | | |
| | Sphere | Cylinder | Axis | Sphere | Cylinder | Axis |
| Distance | -0.50 | -1.00 | 95 | -1.00 | -1.00 | 70 |
| Near | 2.46 | -0.98 | 97 | 1.98 | -1.02 | 68 |
| | 0.81 | Total Prism Amount | | 0.81 | | |
| | 269.81 | Prism Angle | | 270.21 | | |

Design MFH : 18;18

| Data Entry | Blocking | Generator | Polish | Coating | Edging | Quality In | Quality Out |
|---|---|---|---|---|---|---|---|

**Kaiser Ophthalmics**



Envelope (rotated, handwritten):

Joseph Vautrin Jones 318665
140 Macanulty
Hartsville, TN 37074
Pod-A6-203

Co/11 #00 5th
gether, no

Letter I wrote
courts

Sent to operator, Top
and answer/sent 4-30-24

Please send it NOT Throw it away
Nashville, TN 370
Greenish pole Please
Have to
Court

District John Mote A. Trauger

Nashville District office
U.S. District Middle District TN
710 church st. Suite 130
Nashville, TN 37203

RECEIVED
MAY 13 2024
U.S. District Court
Middle District of TN

US POSTAGE
ZIP 37074 $ 000.88
0000363323 APR 29 2024

THE DEPARTMENT OF CORRECTION TTCC HAS NEITHER INSPECTED NOR CENSORED AND IS NOT RESPONSIBLE FOR THE CONTENTS