**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| JOSEPH NORRIS,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC, ET AL,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:24-cv-391<br>Judge Trauger |

**ORDER**

On September 24, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 28), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, this case is DISMISSED without prejudice pursuant to Rule 4(m) and Rule 41(b) of the Federal Rules of Civil Procedure. A judgment shall be entered in this case.

**IT IS SO ORDERED.**

ALETA A. TRAUGER
U.S. DISTRICT JUDGE